PER CURIAM.

Movant appeals the denial, without a hearing, of his Rule 24.035 motion for post-conviction relief. He alleges he received ineffective assistance of counsel.

Movant was charged with sodomy, forcible rape, assault, and first-degree burglary. Pursuant to a plea bargain, the State dismissed all counts except for forcible rape. Movant pled guilty to forcible rape with the understanding the court would assess punishment without a jointly recommended sentence. The court imposed a life sentence.

Our review is "limited to a determination of whether the findings and conclusions of the trial court are clearly erroneous." Rule 24.035(j). They are not.

No precedential value would be served by an extended opinion. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

J. Christian Goeke, Pros. Atty., Franklin County, Union, for plaintiff, respondent.

ORDER

PER CURIAM.

DeClue and Barnard appeal their convictions by the trial court of one count each of Trespass in the First Degree, § 569.140 RSMo 1986, and Taking a Deer in Closed Season, § 252.040 RSMo 1989 (Cum.Supp.) and 3 CSR 10–7.435 (1990).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Paul DeCLUE, Defendant/Respondent.**

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**James BARNARD, Defendant/Appellant.**

Nos. 59538, 59539.

Missouri Court of Appeals,
Eastern District,
Division One.

March 31, 1992.

David Lawrence Hoven, Pacific, for defendant, respondent and defendant, appellant.

**In re The MARRIAGE OF Linda K.
NOLFO and Louis C. Nolfo.**

**Linda K. NOLFO,
Petitioner/Respondent,**

v.

**Louis C. NOLFO, Respondent/Appellant.**

No. 60453.

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1992.

Lee Reneau Elliott, Troy, for respondent, appellant.

Aaron Stuart Dubin, Jody Wolff, Vines, Jones, Ross, Kraner, Rubin, Clayton, for petitioner, respondent.

